UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V. [a minor] by her Guardian Ad Litem Juan Valdez, and Juan Valdez, Nora Valdez, individually and "B.V." [a minor], by his Guardian Ad Litem Juan Valdez,<br><br>Plaintiff(s),<br><br>- vs -<br><br>Macy's Inc., Thyssen Krupp Elevator America Inc., John Doe 1-10 (fictitious names), and ABC Corp. 1-10 (fictitious names),<br><br>Defendant(s). | Civil Action<br><br>Case No.: 2:13-cv-05957<br><br>**Notice Of Appearance Of Counsel For Plaintiff** |

To:
Clerk of Court
U.S. District Court
Martin Luther King Building & United States Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

    Please take notice that Terrence Smith, of the firm Davis, Saperstein & Salomon, P.C., enters his appearance on behalf of Plaintiffs in this case and requests that he be added to all communications regarding this matter.

_____
Terrence Smith [8297]
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666
201-907-5000
201-692-0444
Terrence.smith@dsslaw.com