UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V. BY HER GUARDIAN AD LITEM JUAN VALDEZ, AND JUAN VALDEZ, NORA VALDEZ, INDIVIDUALLY, AND B.V., BY HIS GUARDIAN AD LITEM JUAN VALDEZ<br><br>                    Plaintiff,<br><br>     v.<br><br>MACY'S, INC., THYSSENKRUPP ELEVATOR AMERICA, INC., JOHN DOE 1-10 (fictitious names), AND ABC CORP. 1-10 (fictitious names),<br><br>                    Defendants. | Civ. No. 13-5957 (KSH) (CLW)<br><br><br><br>**ORDER** |

Upon consideration of the motion (D.E. 8) of defendant ThyssenKrupp Elevator Corporation ("ThyssenKrupp") to dismiss the complaint filed by plaintiff J.V. (D.E. 1); and for the reasons expressed in the Court's opinion filed herewith,

**IT IS,** on this 30th day of September, 2014,

**ORDERED** that defendant's motion to dismiss is **GRANTED** as to the *per quod* claim for parental loss of consortium; and it is further

**ORDERED** that defendant's motion to dismiss is **DENIED** in respect to plaintiffs' claim for breach of contract as third-party beneficiaries and plaintiffs' *per quod* claim for parental loss of services.

                                                                                /s/ Katharine S. Hayden
                                                                                Katharine S. Hayden, U.S.D.J.