LSK&D #: 255-1375 / 4814-3253-1762
Client Reference No.: 00255-1375
Attorney Collateral Account No. : 140641

LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendant
MACY'S INC.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

------------------------------------------------------------x

J.V. [a minor] by her Guardian Ad Litem Juan
Valdez, and Juan Valdez, Nora Valdez,
individually and "B.V." [a minor], by his Guardian
Ad Litem Juan Valdez,

Docket No.: 2:13-cv-05957-KSH-CLW

Civil Action

                                        Plaintiffs,

**STIPULATION OF DISMISSAL WITH
PREJUDICE**

vs.

Macy's Inc., Thyssen Krupp Elevator America
Inc., John Doe 1-10 (fictitious names), and ABC
Corp. 1-10 (fictitious names),

                                        Defendants.

------------------------------------------------------------x

This matter in difference in the above-entitled action having been amicably adjusted by and between plaintiffs, J.V. [a minor] by her Guardian Ad Litem Juan Valdez, and Juan Valdez, Nora Valdez, individually and "B.V." [a minor], by his Guardian Ad Litem Juan Valdez, and defendants, Macy's Inc., Thyssen Krupp Elevator Corp., it is hereby stipulated and agreed that any and all claims of plaintiffs against all defendants be dismissed with prejudice, and that same be and are hereby dismissed without costs against any party.

Dated:      Teaneck, New Jersey
            June 2, 2016

Terrence Smith, Esq.
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, New Jersey  07666
Tel: (201) 907-5000
Fax: (201) 692-0444
e-mail: terrence.smith@dsslaw.com

Robert N. Dunn (RND-9193)
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendant
MACY'S INC.

Nancy A. Nolan, Esquire
SHIMBERG & FRIEL, P.C.
20 Brace Road
Suite 350
Cherry Hill, NJ 08034
856-857-0700 (phone)
856-857-1166 (fax)
nnolan@shimberglaw.com
Attorneys for Co-defendant
ThyssenKrupp Elevator America Inc.

Magistrate Cathy L. Waldor

7/13/16