LSK&D #: 255-1375 / 4825-3583-2621
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendant
MACY'S INC.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

J.V. [a minor] by her Guardian Ad Litem Juan Valdez, and Juan Valdez, Nora Valdez, individually and "B.V." [a minor], by his Guardian Ad Litem Juan Valdez,

Docket No.: 2:13-cv-05957-KSH-CLW

**Civil Action**

Plaintiffs,

**STIPULATION**

vs.

Macy's Inc., Thyssen Krupp Elevator America Inc., John Doe 1-10 (fictitious names), and ABC Corp. 1-10 (fictitious names),

Defendants.

---------------------------------------------------------------X

**IF THE ABOVE MATTER** is resolved by settlement with plaintiffs' counsel by an agreed joint offer by defendants, MACY'S, INC. and THYSSENKRUPP ELEVATOR CORPORATION, then

**IT IS HEREBY STIPULATED AND AGREED**, to the following between defendants, MACY'S, INC. and THYSSENKRUPP ELEVATOR CORPORATION:

1. MACY'S, INC. and THYSSENKRUPP ELEVATOR CORPORATION and their counsel stipulate and agree that all claims and, cross-claims that have been raised in the above matter are hereby dismissed with prejudice.

2. MACY'S agreement with THYSSENKRUPP ELEVATOR CORPORATION to fund a settlement does not intend waiver of any claims that MACY'S INC.'s or MACY'S INC.'s insurers have against THYSSENKRUPP ELEVATOR

CORPORATION's insurers asserting claims seeking coverage for Macy's as an insured or additional insured under such policies, including but not limited to in the action entitled Macy's Inc. and Liberty Mutual Insurance Company, et al. v. Lexington Insurance Company, and HDI Gerling America Insurance Company under Docket No.: BER-L-20495-14, pending in the Superior Court of the State of New Jersey, Bergen County. MACY'S INC. and its insurers expressly reserve the right to pursue claims against THYSSENKRUPP ELEVATOR CORPORATION's insurers including, but not limited to, reimbursement of defense costs, indemnity costs, interest and declaratory judgment expenses.

This Stipulation may be filed without further notice with the Clerk of the Court.

Charles Shimberg, Esq.
Shimberg & Friel, P.C.
20 Brace Road – Suite 350
Cherry Hill, New Jersey 08034
856) 857-0700
Attorneys for Co-defendant
ThyssenKrupp Elevator Corporation

Robert N. Dunn, Esq. (RND-9193)
LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendant
MACY'S INC.

**SO ORDERED**