UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V. (A MINOR) BY HER GUARDIAN AD LITEM JUAN VALDEZ, AND JUAN VALDEZ, NORA VALDEZ, INDIVIDUALLY, AND B.V. (A MINOR) BY HIS GUARDIAN AD LITEM, JUAN VALDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., THYSSEN KRUPP ELEVATOR AMERICA, INC., JOHN DOE 1-10 (FICTITIOUS NAMES), AND ABC CORP. 1-10 (FICTITIOUS NAMES),<br><br>Defendants. | Civil Action No.<br>2:13-cv-05957<br><br><br>**STIPULATED AMENDMENT TO DISCOVERY CONFIDENTIALITY ORDER** |

**WHEREAS,** a Discovery Confidentiality Order, Document No. 28, was entered in the above-captioned action (the "Confidentiality Order");

**WHEREAS,** there exists a coverage suit entitled *Macy's Inc. and Liberty Mutual Insurance Company v. Lexington Insurance Company and HDI-Gerling America Insurance Company*, Docket No. BER-L-20495-14, pending in the Superior Court, Bergen County, regarding a claim for coverage by Macy's, Inc. for the above-captioned action (the "Coverage Suit");

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Liberty Mutual Insurance Company, Lexington Insurance Company, and HDI-Gerling America Insurance Company shall be deemed bound and parties to the Confidentiality Order;

2. Confidential Documents shall be treated the same and may be used in the

same manner in the Coverage Suit as in the above-captioned action, and the terms "litigation" and "action" shall be deemed to also refer to the Coverage Suit;

3. This Stipulation shall not affect any documents marked confidential by plaintiffs J.V., Juan Valdez, Nora Valdez, and B.V.; and

4. The term "deponent" shall include any witnesses at a trial in the Coverage Suit; and

5. The parties shall use their best efforts to ensure that all documents marked confidential shall be submitted under seal.

Dated:

**LESTER SCHWAB KATZ & DWYER**
Attorneys for Macy's, Inc.

By: _____
Robert N. Dunn, Esq.

**JAFFE & ASHER LLP**
Attorneys for Macy's, Inc. and
Liberty Mutual Insurance Company

By: _____
Michael DiCanio, Esq.

**RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**
Attorneys for Lexington
Insurance Company

By: _____
Brooks Leonard, Esq.
Michael Rossignol

**BODELL BOVE LLC**
Attorneys for HDI-Gerling
America Insurance Company

By: _____
Louis Bove, Esq.

2

**SHIMBERG & FRIEL, P.C.**
Attorneys for Defendant ThyssenKrupp
Elevator Corporation


By:_____
      Nancy A. Nolan, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V. (A MINOR) BY HER GUARDIAN AD LITEM JUAN VALDEZ, AND JUAN VALDEZ, NORA VALDEZ, INDIVIDUALLY, AND B.V. (A MINOR) BY HIS GUARDIAN AD LITEM, JUAN VALDEZ, <br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., THYSSEN KRUPP ELEVATOR AMERICA, INC., JOHN DOE 1-10 (FICTITIOUS NAMES), AND ABC CORP. 1-10 (FICTITIOUS NAMES),<br><br>Defendants. | Civil Action No.<br>2:13-cv-05957<br><br><br><br>**STIPULATED AMENDMENT TO DISCOVERY CONFIDENTIALITY ORDER** |

**WHEREAS**, a Discovery Confidentiality Order, Document No. 28, was entered in the above-captioned action (the "Confidentiality Order");

**WHEREAS**, there exists a coverage suit entitled Macy's, Inc. and Liberty Mutual Insurance Company v. Lexington Insurance Company and HDI-Gerling America Insurance Company, Docket No. BER-L-20495-14, pending in the Superior Court, Bergen County, regarding a claim for coverage by Macy's, Inc. for the above-captioned action (the "Coverage Suit");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Liberty Mutual Insurance Company, Lexington Insurance Company, and HDI-Gerling America Insurance Company shall be deemed bound and parties to the Confidentiality Order;

2. Confidential Documents shall be treated the same and may be used in the

same manner in the Coverage Suit as in the above-captioned action, and the terms "litigation" and "action" shall be deemed to also refer to the Coverage Suit;

3. This Stipulation shall not affect any documents marked confidential by plaintiffs J.V., Juan Valdez, Nora Valdez, and B.V.; and

4. The term "deponent" shall include any witnesses at a trial in the Coverage Suit; and

5. The parties shall use their best efforts to ensure that all documents marked confidential shall be submitted under seal.

Dated:

**LESTER SCHWAB KATZ & DWYER**
Attorneys for Macy's, Inc.


By:_____
Robert N. Dunn, Esq.


**RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**
Attorneys for Lexington Insurance Company


By:_____
Brooks Leonard, Esq.

**JAFFE & ASHER LLP**
Attorneys for Macy's, Inc. and
Liberty Mutual Insurance Company


By:_____
Michael DiCanio, Esq.


**BODELL BOVE LLC**
Attorneys for HDI-Gerling
America Insurance Company


By:_____
Louis Bove, Esq.

2

SHIMBERG & FRIEL, P.C.
Attorneys for Defendant ThyssenKrupp
Elevator Corporation

By: _____
      Nancy A. Nolan, Esq.

3